**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 95-7298**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RONALD E. BRANDT, SR., a/k/a Rank,

Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Robert G. Doumar, District Judge.  (CR-92-67)

—————————

Submitted:  January 18, 1995          Decided:  February 15, 1996

—————————

Before HAMILTON and LUTTIG, Circuit Judges, and CHAPMAN, Senior Circuit Judge.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Ronald E. Brandt, Sr., Appellant Pro Se.  Harvey Lee Bryant, III, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion for a copy of the sentencing transcript at government expense. We have reviewed the record and the district court's opinion and find no reversible error. There was no 28 U.S.C. § 2255 (1988) motion pending before the district court when Appellant filed his motion; therefore, 28 U.S.C.A. § 753(f) (West 1993) does not entitle him to a free transcript. See United States v. MacCollom, 426 U.S. 317, 321-22 (1976). Accordingly, we affirm the district court's order denying the motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED